## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Operating Engineers Local #49 Health and
Welfare Fund and central Pension Fund of the
International Union of Operating Engineering and
Participating Employers and their Trustees, et al.,

             Plaintiff,s                      Civil No. 07-4928 (RHK/RLE)

vs.

                                        **ORDER**

Brisk, Inc.,

             Defendant.

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  January 2, 2008

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge

Dockets.Justia.com